FILED

MAY 2 2 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION AT SANTA ANA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

HARVEY KELLY SIMS,                     )     Case No.   CV 08-0978-RGK (MLG)
                                       )
              Petitioner,              )     ORDER ACCEPTING AND ADOPTING
                                       )     FINDINGS AND RECOMMENDATIONS OF
        v.                             )     UNITED STATES MAGISTRATE JUDGE
                                       )
S.A. HOLENCHIK, Warden,                )
                                       )
              Respondent.              )
_____)

        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.


Dated: May 22, 2009


                                            _____
                                            R. Gary Klausner
                                            United States District Judge