FILED
MAY 22 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 / ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| HARVEY KELLY SIMS, | Case No. CV 09-0978-RGK (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| S.A. HOLENCHIK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: May 22, 2009

_R. Gary Klausner_
R. Gary Klausner
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY